# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of February, two thousand twenty-three.

Before:     José A. Cabranes,
               *Circuit Judge,*

_____

| | |
|---|---|
| Virginia L. Giuffre, | **ORDER** |
|     Plaintiff - Appellee, | Docket Nos. 22-3042(L), 22-3050(Con) |
| v. | |
| Sharon Churcher, Jeffrey Epstein, | |
|     Respondents, | |
| v. | |
| Ghislaine Maxwell, | |
|     Defendant, | |
| v. | |
| John Doe 107, John Doe 171, | |
|     Objectors - Appellants, | |
| v. | |
| Julie Brown, Miami Herald Media Company, | |
|     Intervenors - Appellees. | |

_____

    Appellant Doe 171 moves for leave to file her appellate brief and appendix under seal. IT IS HEREBY ORDERED the motion is granted pending further review by the three-judge panel.

                                                    For the Court**:**
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

